```
                    UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION

JOHN MORRIS,                     )
                                 )
    Plaintiff,                   )
                                 )
         v.                      )   NO.  3:13-0389
                                 )   Judge Sharp/Bryant
GENSPRING FAMILY OFFICES, LLC,   )
                                 )
    Defendant.                   )
```

## O R D E R

Due to a scheduling conflict, the initial case management conference previously scheduled for Monday, June 24, 2013, at 10:00 a.m. is RESET to Wednesday, June 26, 2013, at 10:00 a.m.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge
