UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JOHN MORRIS,                        )
                                    )
    Plaintiff,                     )
                                    )
        v.                       )   NO.  3:13-0389
                                    )   Judge Sharp/Bryant
GENSPRING FAMILY OFFICES, LLC,      )
                                    )
    Defendant.                     )

## **O R D E R**

Due to a scheduling conflict, the initial case management conference previously scheduled for Monday, June 24, 2013, at 10:00 a.m. is RESET to Wednesday, June 26, 2013, at 10:00 a.m.

It is so **ORDERED**.

                                            s/ John S. Bryant
                                            JOHN S. BRYANT
                                            United States Magistrate Judge