IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JOHN MORRIS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CASE NO. 3:13-cv-0389 |
| ) | Magistrate Judge Bryant |
| GENSPRING FAMILY OFFICES, LLC ) | District Judge Sharp |
| and SUNTRUST BANKS, INC. ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION ~~REGARDING~~ AND ORDER EXTENSION OF DEADLINES IMPOSED BY FRCP 33 and 34

Pursuant to Rules 29, 33(b)(2) and 34(b)(2)(A) of the Federal Rules of Civil Procedure, the parties hereby stipulate as follows:

1. Defendants were served with Plaintiff's First Set of Interrogatories and Requests for Production of Documents to Defendants on or about June 26, 2013.

2. Pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure, Defendants' deadline to respond to Plaintiff's discovery requests is July 26, 2013.

3. Due to client and attorney scheduling conflicts on the defense side, Defendants requested from Plaintiff's counsel an additional three weeks to respond to Plaintiff's discovery requests, thereby extending the deadline to August 16, 2013.

4. Plaintiff's counsel has agreed to such extension with the understanding that Defendants will provide to Plaintiff's counsel their complete discovery responses, along with responsive documents, by the close of business on August 16, 2013. Any confidential documents will be produced by Defendants by the latter of August 16, 2013 or this Court's entry of a protective order.

5. This extension will have no impact on the October 17, 2013 discovery deadline set forth in the Initial Case Management Order (Doc. 9) entered by the Court on June 26, 2013.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendants shall provide to Plaintiff's counsel their complete discovery responses, along with responsive documents, by the close of business on August 16, 2013, and that any confidential documents will be produced by Defendants by the latter of August 16, 2013 or this Court's entry of a protective order.

SO ORDERED:

DATED this 29th day of July, 2013.

_____
Magistrate Judge John S. Bryant

APPROVED FOR ENTRY:

s/ John R. Jacobson
John R. Jacobson (Tenn. BPR #14365)
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
(615) 320-3737 (Fax)
*Attorney for Plaintiff*

s/ Alonda W. McCutcheon
Alonda W. McCutcheon (BPR# 022350)
L. Lymari Cromwell (BPR# 27405)
Bass, Berry & Sims PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
(615) 742-6200
*Attorneys for Defendants*

2