# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JOHN MORRIS | ) |
| | ) |
| | ) Case No. 3:13-0389 |
| v. | ) JUDGE SHARP |
| | ) |
| GENSPRING FAMILY OFFICES, LLC | ) |
| et al., | ) |

## O R D E R

Due to calendar conflict, the bench trial set for June 24, 2014, is hereby reset for Tuesday, November 4, 2014, at 9:00 a.m. The final pretrial conference set for June 9, 2014, is reset for Monday, October 20, 2014, at 2:30 p.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE