UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHN MORRIS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:13-cv-389 |
| v. | ) | |
| | ) | Judge Sharp |
| GENSPRING FAMILY OFFICES, LLC | ) | |
| and SUNTRUST BANKS, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons explained in the accompanying Memorandum, the Court DENIES summary judgment as to whether Plaintiff's right to a single incentive award was contingent on his following Defendant's administrative process to trigger such a payment, but GRANTS summary judgment as to all other issues.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE